## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Die Castings Company,

                Plaintiff,                Civil No. 04-1562 (RHK/AJB)

vs.

                                      **ORDER**

Miller Plating & Metal Finishing, Inc.,
Chromerics, Inc., Parker-Hannifin
Corporation,

                Defendants.

      No good cause having been shown, **IT IS ORDERED** that Defendant Parker-Hannifin's Motion for Leave to File Motion for Summary Judgment[1] (Doc. No. 41) is **DENIED**.

Dated: August 2, 2006

                                                s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge

---

      1. The August 1, 2006 deadline for dispositive motions required such motions to be "served, filed and HEARD" by that date; the time for meeting that deadline expired 45 days prior to August 1, 2006.